IN THE DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: APPLICATION FOR CRIMINAL        :        Case No. 25-mj- 629(SDV)
COMPLAINT AGAINST SEAN MILLER          :
                                       :

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean Coughlin, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Task Force Officer with the United States Postal Inspection Service (USPIS). I am a Police Detective with the Stamford, CT Police Department with police training and experience of more than 18 years duration, during which time I have investigated numerous violations of the Connecticut General Statutes with resulting arrests and convictions. I am presently assigned to the Bureau of Criminal Investigations - Financial Crimes Unit. My responsibilities include, but are not limited to, the investigation of mail theft, identity theft, financial crimes, burglaries, and robberies. I have received training in the areas of financial crime investigations and search and seizures. I have participated in numerous investigations of financial crimes, robberies, and burglary cases involving "arrow keys." An arrow key is a key used by mail carriers to open U.S. Postal Service (USPS) collection boxes and residential mailboxes where applicable.

2.  The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

slots, she realized her set of work keys which included USPS arrow key #81-29174 had been taken and called Stamford Police at approximately 3:36 p.m.

8. A.P. stated to Stamford Police officers on scene that she observed the male suspect, who she believed was white or Hispanic based on his exposed hands, enter a cherry-red passenger vehicle with a NJ registration plate.

9. I arrived on scene at approximately 3:55 p.m. and introduced myself as a Task Force Officer with USPIS. Later, a USPS supervisor also arrived on scene and spoke to A.P. with me. A.P. was still visibly shaken from the incident and stated that this is not her normal delivery route. A.P. stated that the regular USPS location that she reports to is on West Ave. in Stamford, CT.

### *Identification of Suspect's Vehicle*

10. Stamford Police informed me on scene that license plate readers (LPRs) showed a red Kia model K5 with NJ registration plate H32PWS ("the red Kia") in Stamford shortly before and after the theft of A.P.'s keys, and that the vehicle later travelled toward I-95 South to leave the city. *See* Image 1, below.



*Image 1: Red Kia bearing license plate H32PWS travelling southbound at 3:34 p.m.*

16. At 3:41 p.m., the red Kia was captured on LPR cameras at two different locations in Greenwich, CT (which is south of Stamford).

17. At 4:16 p.m., the red Kia was captured on an LPR camera on the Gov. Cuomo I-87 bridge in Tarrytown, NY.

18. At 5:14 p.m., the red Kia was captured on an LPR camera, returning to Paterson, NJ.

### *Building Surveillance*

19. On the date of the incident (Friday, January 24, 2025), investigators noted that the building where this incident occurred in (800 Summer St., Stamford, CT) appeared to have cameras present but no building staff was available to assist with the retrieval of the video.

20. On Tuesday, January 28, 2025, at approximately 1:45 p.m., the building's management allowed me to access the surveillance camera footage terminal for the lobby of 800 Summer St. According to the surveillance footage's timestamp, on January 24, at 3:50:49 p.m., USPS letter carrier A.P. had a mailbox panel door open and was seen delivering mail.[1]

21. At time stamp 3:50:50 p.m., I observed an unidentified male (the suspect) enter the lobby door of 800 Summer St. and walk past A.P. The suspect glanced at the open mail door panel where A.P.'s postal keys were hanging. The suspect pulled on the locked door which leads to the elevator in the lobby of 800 Summer St.

22. At camera time stamp 3:50:55 p.m., the suspect moved his hand to grab the set of keys from the door panel but hesitated when A.P. looked toward the suspect. The suspect moved his hand to try the locked elevator lobby door once again.

---

[1] There appears to be a slight discrepancy in the timestamp of the building's surveillance and the known timeline of this incident. Although the building's surveillance showed A.P. delivering mail at approximately 3:50 p.m., police records show that A.P. had already called in the theft at 3:36 p.m. The building's surveillance video is also approximately 20 minutes behind Stamford's municipal LPR cameras' recordings of the same events.

27. I completed a be on the look out (BOLO) alert memo to stop and hold Sean Miller should he or the red Kia with NJ registration H32PWS be located. The BOLO was distributed to Stamford and Greenwich Police Departments and an alert was placed on an online law enforcement message board for the Westchester County, NY area.

28. On February 4, 2025, I learned from a NJ USPS inspector that Sean Miller had been arrested by the Hoboken, NJ Police department for attempting to steal mail in Hoboken on January 19, 2025. The inspector stated that Sean Miller was found to be in possession of a USPS arrow key at the time of his arrest by Hoboken Police. The inspector provided me with a copy of the Hoboken, NJ Police reports and screenshots of police body worn camera from Miller's arrest on January 19, 2025.

29. From the images of Sean Miller's processing by the Hoboken Police Department on January 19, 2025, it appears that Miller is wearing the same dark blue sweatpants, a similar looking black jacket with a white logo on the left breast and the same black with white trimmed shoes with a Nike Jordan logo on both shoe tongues that the suspect who stole the arrow key from 800 Summer St in Stamford, CT wore five days later on January 24, 2025.

30. I am aware from my experience in previous investigations that PV Holdings, the registered holding company for the red Kia K5 (NJ registration H32PWS), conducts business as Avis Rental car. I contacted Avis Rentals who confirmed that the red Kia K5 (NJ registration H32PWS) was rented by Zipcar. Zipcar is an American car-sharing company and a subsidiary of Avis Budget Group. Zipcar provides vehicle reservations to its members, billable by the minute, hour or day.

31. On February 10, 2025, I completed a subpoena request to Avis/Zipcar for historical renter records for the red Kia K5 (NJ registration H32PWS), which was believed to be operated

## CONCLUSION

33. Based on the foregoing, there is probable cause to believe and I do believe that Sean Miller (YOB 1994, with a last known address in East Stroudsburg, PA) did violate 18 U.S.C. § 1704 (unlawful possession of a postal key) on January 24, 2025 in the District of Connecticut by travelling from Paterson, NJ in a red Kia K5 rented from Avis (Zipcar), to 800 Summer St Stamford, CT, where he stole a set of United States Postal keys from a United States Postal Letter Carrier, and made no attempt to return these keys.

Sean Coughlin
Task Force Officer
U.S Postal Inspection Service

Subscribed and sworn before me this ___9th___ day of July, 2025 at Bridgeport, Connecticut.

_____
HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE